# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DARRON BRAGG

VERSUS

PROTECTIVE INSURANCE
COMPANY, BATON ROUGE
COMMUTER SERVICE, L.L.C.,
IVORY J. HAYES, AND ZURICH
AMERICAN INSURANCE COMPANY

NO.  2020 CW 0910

**NOVEMBER 09, 2020**

---

In Re:    Protective Insurance Company, Baton Rouge Commuter
          Service, L.L.C., and Ivory J. Hayes, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 681014.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT DENIED.**   The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
          FOR THE COURT